UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS RAMOS,

                Plaintiff,        23-cv-9063 (JGK)

    - against -              ORDER

AFGAN PAPER & FOOD PRODUCTS, INC.,
ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for defendant Faizurahman Aminy to answer was November 8, 2023. ECF No. 5. The time for defendant Afgan Paper & Food Products, Inc. to answer was November 21, 2023. ECF No. 6. To date, no answer has been filed.

    The time for the defendants to answer or respond to the complaint is extended to **December 5, 2023.**

SO ORDERED.

Dated:    New York, New York
            November 27, 2023

                                              John G. Koeltl
                                      United States District Judge