UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

LUIS RAMOS,                                          23-cv-9063 (JGK)

                          Plaintiff,                 ORDER

              - against -

AFGAN PAPER & FOOD PRODUCTS, INC.,
ET AL.,

                          Defendants.
———————————————————————————————

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

January 12, 2024.

SO ORDERED.

Dated:    New York, New York
          December 29, 2023


                              _____/s/ John G. Koeltl_____
                                    John G. Koeltl
                              United States District Judge