UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS RAMOS,

                Plaintiff,        23-cv-9063 (JGK)

    - against -              ORDER

AFGAN PAPER & FOOD PRODUCTS, INC.,
ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

On December 29, 2023, the Court referred the parties to mediation pursuant to Local Civil Rule 83.9. ECF No. 12. The Mediation Office reported that the mediation conference scheduled for April 23, 2024, was not held, and that a mediation status report was due by May 30, 2024. The parties are directed to provide the Court with an update on mediation by **June 10, 2024.**

SO ORDERED.

Dated:    New York, New York
           June 3, 2024

                                      John G. Koeltl
                              United States District Judge