**Law Office of Mohammed Gangat**　　　　　　　　675 3rd Ave, Su 1810, NY, NY 10017
　　　　　　　　　　　　　　　　　　　　　　　　　(718) 669-0714 mgangat@gangatpllc.com

October 11, 2024

*via ECF*
Hon. Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

10/15/24
John G. Koeltl, U.S.D.J.

　　　**Re: Luis Ramos v. Afgan Paper & Food Products, Inc., et. al.**
　　　　　**Case No 23-cv-09063-JGK**

To the Hon. Koeltl:

　　I represent plaintiff Luis Ramos ("Plaintiff") in the above-referenced case. I submit this letter, jointly with counsel for defendants Afgan Paper & Food Products, Inc.; and Faizurahman Aminy ("Defendants"), to respectfully request an extension of time to submit their settlement papers to the court.

　　On September 13, 2024, Your Honor granted the parties' request to stay deadlines pending settlement, and set the deadline to submit a Cheeks motion or Acceptance of Rule 68 offer, as October 11, 2024.

　　The parties are now kindly requesting that Your Honor extend this deadline by 30 days, to November 11, 2024.

　　The reason for this request is that the parties are still in the process of finalizing the settlement agreement and need additional time to get it signed by the parties. This is the first request to extend this deadline.

　　As always, I thank Your Honor for your time and consideration.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mohammed Gangat*
　　　　　　　　　　　　　　　　　　　　　　　Mohammed Gangat, Esq.