UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Ramos,

          *Plaintiff,*

-against-

Afgan Paper & Food Products, Inc. and Faizurahman Aminy,

          *Defendants.*

Case No. 1:23-cv-09063-JGK

**JUDGMENT**

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Luis Ramos ("Plaintiff") on November 8, 2024, accepting the October 29, 2024, Offer of Judgment from defendants Afgan Paper & Food Products, Inc. and Faizurahman Aminy ("Defendants") to allow judgment against them in favor of Plaintiff in the amount of $2,500.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Luis Ramos and against Defendants, Afgan Paper & Food Products, Inc. and Faizurahman Aminy, in the total amount of $2,500.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff; and that this case is closed.

Judgment signed this _11_ day of _November_ 2024.

                                                          Hon. Judge John G. Koeltl

*The Clerk is directed to close this case. So ordered.*

*11/11/24*  /s/ John G. Koeltl
                    U.S.D.J.